Stefan Mahaley
1660 Gala Ave
Fontana, California 92337
Tel: 310-773-3090
E-mail: smahaley@sbcglobal.net

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

# ED CV 12 - 01461 PSG

|  |  |
|---|---|
| STEFAN MAHALEY, | ) Case No.: |
| Plaintiff, | ) **COMPLAINT FOR DAMAGES** ) **CIVIL RIGHTS VIOLATIONS** |
| vs. | ) |
| | ) |
| MICHAEL BAKER #270492 | ) |
| 4375 Jutland Drive Suite 200 | ) |
| San Diego, California 92177- 0934 | |
| | |
| DIANA SUMMERHAYES | |
| 200 West Compton Blvd | |
| Compton, California 90220 | |
| | |
| CITY OF COMPTON | **TRIAL BY JURY DEMANDED HEREIN** |
| 205 S Willowbrook Avenue | |
| Compton, California 90220 | |
| | |
| DONNA SEYEDI # 269831 | |
| 1617 Wollacott St | |
| Redondo, California 90278 | |
| | |
| Defendants | |

## INTRODUCTION AND OPENING STATEMENT

This is an action brought by Stefan Mahaley against State
Officialsacting under the color of Law, for civil rights
violations involving due process of Law.

COMPLAINT FOR DAMAGESCIVIL RIGHTS VIOLATIONS - 1

At all times relevant herein the Defendants, including State Officials and certain private attorney's acting under the color of Law and outside the scope of their jurisdiction and authority, willfully caused Plaintiff a damage and in so doing, violated clearly established law, as those laws apply to Plaintiff's rights protected under the Bill of Rights, particularly under the, 6th, and 9th Amendments and Article 6.

Be it known, each of the state officials herein have sworn an "oath of office" in regards to their duties and therefore each of their acts under "color" of state law is in direct violation of their oath of office and equates to CRIMINAL CONSPIRACY under section 1985. Defendant Diana Summerhayes actions are tantamount to nothing less than CRIMINAL TREASON against the united States Constitution and the People of the United States.

## I. JURISDICTION and VENUE

1. Plaintiff brings this action pursuant to sections 1983, 1985, 1986, and 1988, and invokes the jurisdiction of this court pursuant to Title 1 28 USC Section 1343 (A)(3) (4), Section 1331, and pursuant to the 14th Amendment, Title 42 USC Section 1983, and the Civil Rights Act of 1870. At all times relevant, all of the causes of action were committed within the geographical jurisdiction of this court.

## II. PARTIES

2. Plaintiff, Stefan Mahaley, herein after "Mahaley", at all times relevant herein, lives in the city of Fontana, California.
3. Defendant Michael M. Baker, #27049, herein after "Baker", at all times relevant to this complaint, was acting as a State

employee, compensated, enriched , and rewarded Attorney for the state bar of California. Baker is being sued individually and in his official capacity.

4. Defendant Diana Summerhayes, hereinafter "Summerhayes" at all times relevant to this complaint, was acting as a duly elected official and was employed, compensated, enriched, and rewarded performing her duties as a Commissioner. Summerhayes is being sued individually and in her official capacity.

5. Defendant City of Compton, (hereinafter City C) is a municipal corporation within the State of California. At all time relevant to this complaint it is either directly or indirectly trained, controlled, made policy for, employed, supervised, compensated, enriched, or rewarded some or all of the other defendants for their actions on June 25, 2012. The City C is being sued as a person.

6. Defendant Donna Seyedi, hereinafter "Seyedi" at all times relevant to this complaint, was acting as a State employee, compensated, enriched, and rewarded Attorney for the state bar of California. Seyedi is being sued individually and in her official capacity.

### III STATEMENT OF FACTS

7. All events depicted herein occurred on June 25, 2012, unless otherwise stated

8. On or about July 24, 2011 defendant, Baker, sent a demand letter.

9. Stefan Mahaley has never entered into any agreements with MICHAEL M. BAKER, or THE BANK OF NEW YORK MELLON.

10. Stefan Mahaley has never sought nor enjoyed a "loan application/agreement" with MICHAEL M. BAKER, or THE BANK OF NEW YORK MELLON.

11. Stefan Mahaley does not owe any money to MICHAEL M BAKER, or THE BANK OF NEW YORK MELLON.

12. Stefan Mahaley has never enjoyed any benefits or services given or sold by MICHAEL M. BAKER MIELE, or THE BANK OF NEW YORK MELLON.

13. Plaintiff Stefan Mahaley had a reasonable expectation that defendant "Summerhayes" should have known that the court did not have jurisdiction over the subject matter to hear the case.

14. Defendant Summerhayes knew or should of known she was violating clearly established law.

15. As a proximate and direct result of the actions of defendants herein, Stefan Mahaley rights were knowingly violated in direct violation of clearly established Federal law.

16. At all times herein, the defendants were acting under color of state law.

17. All of the Defendants, at all times related herein, acted "in concert" showing a deliberate indifference towards Mahaley and Mahaley's rights protected, and guaranteed, by the Bill of Rights, with the direct intent and sole purpose of damaging, defrauding, mental anguish of Mahaley. As a direct and/or proximate result of Defendants actions, Mahaley is seeking an additional $50,000.00 per day for punitive damages.

### FEDERAL CAUSES OF ACTION

18. All allegations set forth in paragraph 1 through 17 are incorporated herein by reference.

19. The herein described actions, engaged in under color of
state authority by the Defendants, including Defendant City C,
sued a person, responsible because of its authorization
condonation, and ratification thereof for the acts of its public
officials, agents, and servants, deprived the Plaintiff of
rights secured to him by the Bill of Rights, including, but not
limited to, his sixth amendment right to be confronted with the
witness against him, his ninth amendment rights shall not be
construed to deny or disparage others retained by the people.
Defendant(s) perjured their oaths pursuant to Article 6 of the
united States Constitution.

**FIRST CAUSE**

20. Plaintiff's Sixth Amendment right to be confronted with the
witness against him was denied by defendants without due process
of law.

**SECOND CAUSE**

21. Plaintiff Ninth Amendment rights shall not be construed to
deny or disparage others retained by the people was denied by
defendants without due process of law.

**THIRD CAUSE**

22. Defendants perjured their oaths pursuant to Article 6 by
refusal to honor/uphold their said Oath(s) pursuant to united
States and state Constitutions.

   **WHEREFORE** Stefan Mahaley demands judgment against the
   defendants, jointly and severally, as follows:
   a. as compensatory damages, the sum of $4,584,000.00
   b. as punitive damages, the sum of $4,584,000.00;
   c. all costs and disbursements of this action;

1   d. all attorney's fees incurred in prosecuting this action
2   pursuant to 42 U.S.C. 1988;
3   e. the right to amend this complaint as warranted by
4   further evidence and fact finding;
5   f. and other such further relief as to the Court seems
6   proper.
7                    **"TRIAL BY JURY IS HEREBY DEMANDED"**

9   Dated this 29th Day of August 2012        Respectfully submitted,

11                                            Stefan Mahaley
12                                            1660 Gala Ave
13                                            Fontana,California 92337

**OFFICIAL ACTION**

Monell v. New York City Dept. of Social Service, 436 U.S 658 (1978).

Owen v. City of Independence, Missouri, Et Al, 445 U.S. 622 (1980).

**A. Official Policy**

Owen v. City of Independence, Missouri, Et Al, 445 U.S. 622 (1980).

Families Unides v. Briscoe, 619 F.2d 391, 404 (5th 1980)

Van Ooteghem v. Gray, 628 F. 2d 488, 494-495 (5th Ci 1980)

**B. Ratification**

Owen v. City of Independence, Missouri, Et Al, 445 U.S. 622 (1980).

Turpin v. Mallet, 619 F.2d 196. 200, (2d Cir. 1980)

**DAMAGES**

Halperin v Kissinger, 606 F. 2d 1192 (D.C. Cir. 1979)

Bivens v. Six Unknown Named Agents of the Federal Bureau Narcotics, 403 U.S.

388, 397, 91 S. Ct. 1999, 2005, 29 L. 1919 (1971).

**C. Compensation to be determine under tort law.**

Sullivan v. Little Hunting Park, Inc., 396 U.S. 229 S.Ct 400, 24 L. Ed. 2d 386 (1969).

1

2                              **VERIFICATION**

3

4    State of California        )
                                )  SS.
5    County of Los Angeles      )

6

7         Your Affiant, Stefan Mahaley, in the attached Complaint for
     Damages, does affirm by his signature hereon, the facts and
8    allege therein and further affirm said facts and allegations to
     be true and correct to the best of my knowledge and belief so
9    help me God.

10

11   _____    8-28-12
     **Signature**          **Date**

12

13

14

15   State of California        )
                                )  SS.
16   County of Los Angeles      )

17

     Subscribed and sworn to (or affirmed) before me, on this 28th
18   day of August, 2012, by Stefan Mahaley_____, proven
     to me on the basis of satisfactory evidence to be the person(s)
19   who appeared before me.

20

21   _____
     Notary Signature

22

23

24   ROBIN J. FOSSELMAN
     Commission # 1894853
25   Notary Public - California
     Los Angeles County
26   My Comm. Expires Aug 3, 2014

27

28

                   COMPLAINT FOR DAMAGESCIVIL RIGHTS VIOLATIONS - 8

# ATTACHED

# "AFFIDAVIT' S"

# AFFIDAVIT OF STEFAN MAHALEY

State of California       )
                          )ss:

County of Los Angeles     )

Comes now, Stefan Mahaley, sui juris, and after being duly sworn according to law, states that he is your affiant, that as your affiant he has first hand knowledge of the facts herein and believes these facts to be true the best of his belief and knowledge.

1. On July 24, 2012 your affiant received a summons from MICHAEL M. BAKER and THE BANK OF NEW YORK MELLON, filed June 25, 2012.

2. Your affiant never entered into any agreements with MICHAEL M. BAKER, or THE BANK OF NEW YORK MELLON.

3. Your affiant never sought nor enjoyed a "loan application/agreement" with MICHAEL M. BAKER, or THE BANK OF NEW YORK MELLON.

4. Your affiant does not owe any money to MICHAEL M. BAKER, or THE BANK OF NEW YORK MELLON.

5. Your affiant never enjoyed any benefits or services given or sold by MICHAEL M. BAKER WALSH, or THE BANK OF MELLON.

Further Affiant Sayeth Nought.

_____
Stefan Mahaley

State of _California_
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me _John C. Plantada_ on this _27th_ day of July, 2012 by Stefan Mahaley, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public                            (Seal)

JOHN C. PLANTADA
Commission # 1956317
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2015

## AFFIDAVIT OF WALLACE JONES

*State of California*      )

                             )ss:

*County of Los Angeles*     )


Comes now, Wallace Jones, sui juris, and after being duly sworn according to law, states that he is your affiant, that as your affiant he has first hand knowledge of the facts herein and believes these facts to be true the best of his belief and knowledge.

1. On August 17, 2012 at or around 9:30 am your affiant witnessed public servant Commissioner, Diana Summerhayes, commit perjury against her Oath of Office at 200 West Compton Blvd Compton, CA 90205.

2. Your affiant witnessed Diana Summerhayes, deny Defendant, Stefan Mahaley the right to be confronted with the accuser/witness against him.

3. Your affiant witnessed Diana Summerhayes deny Defendant Sefan Mahaley provisions of the Constitution which she took a sworn oath to uphold.

4. The Court lacked jurisdiction over the subject matter to hear the case.

Further Affiant Sayeth Naught

_____               8/27/12
Full Name                                      Date

State of CALIFORNIA )
                       ) SS.
County of LOS ANGELES )

Subscribed and sworn to (or affirmed) before me on this 27 day of August, 2012

by Wallace Jones, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____ (Seal)
Notary Public

LOUIS M. WILLIAMS
COMM. #1961702
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires NOV 25, 2015

## AFFIDAVIT OF ARMANDO PEREZ

State of California )
~~County of San Bernardino~~  *Los Angeles*  )ss:
 )

      Comes now, Armando Perez, sui juris, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

- On or about August 17, 2012 at approximately 9:30 am your affiant witnessed public servant Commissioner Diana Summerhayes, commit perjury against her Oath of Office at 200 West Compton Blvd Compton, CA 90205.

- Your affiant witnessed Diana Summerhayes; deny Defendant, Stefan Mahaley the right to be confronted by the accuser or witness against him.

- Your affiant witnessed Diana Summerhayes, deny Defendant Stefan Mahaley provisions of the Constitution which she sworn an oath to uphold.

- The Court lacked subject matter jurisdiction to even hear the case.

Further Affiant Sayeth Naught

_____
Armando Perez

8-27-2012
Date

## JURAT

State of California )
~~County of San Bernardino~~  *Los Angeles*  )ss:
 )

Before me, _____, a Notary Public duly authorized by the State of California, personally appeared Armando Perez, a living man who has sworn to and subscribed in my presence, the foregoing document, on this _____ day of August in the Year 2012.

WITNESS my hand and seal:

_____
Notary Public

Commission Expires 5/23/2015

(Seal)

1

MICHAEL ROSEN
COMM. # 1934031
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires May 23, 2015

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| Stefan Mahaley | SEE ATTACHED DEFENDANT LIST |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| 16601 Gala Ave. Fontana, California 92337 | UU–NKNOWN |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ MONEY DEMANDED IN COMPLAINT: $ 9,168,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

CIVIL RIGHTS 42. 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☑ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**ED CV 12 - 01461** RSG (OP)

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)      CIVIL COVER SHEET      AUG 29 2012      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                     ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                     ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                     ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | LOS ANGELES |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, COUNTY | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN DIEGO, COUNTY | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _~~signature~~_    Date  _8-29-12_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:

Stefan Mahaley
16601 Gala Ave
Fontana, California 92337

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Stefan Mahaley,

CASE NUMBER

**CV 12 - 01461 PSG (OP)**

v.

PLAINTIFF(S)

See Attached Defendants List

**SUMMONS**

DEFENDANT(S).

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Stefan Mahaley, 16601 Gala Ave. _____, whose address is Fontana, California 92337 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated: __AUG 29 2012__

By: _____

L. MORA

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

Stefan Mahaley
1660 Gala Ave
Fontana, California 92337
Tel: 310-773-3090
E-mail: smahaley@sbcglobal.net

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEFAN MAHALEY,

           Plaintiff,

   vs.

MICHAEL BAKER #270492
4375 Jutland Drive Suite 200
San Diego, California 92177-0934

DIANA SUMMERHAYES
200 West Compton Blvd
Compton, California 90220

CITY OF COMPTON
205 S Willowbrook Avenue
Compton, California 90220

DONNA SEYEDI # 269831
1617 Wollacott St
Redondo, California 90278,

        Defendants

) Case No.:
)
) **COMPLAINT FOR DAMAGES**
) **CIVIL RIGHTS VIOLATIONS**
)
)
)
)
)
)
)

**TRIAL BY JURY DEMANDED HEREIN**

---

### INTRODUCTION AND OPENING STATEMENT

    This is an action brought by Stefan Mahaley against State Officialsacting under the color of Law, for civil rights violations involving due process of Law.