O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN MAHALEY,<br><br>               Plaintiff,<br>  v.<br><br>MICHAEL BAKER, et al.,<br><br>               Defendants. | Case No. EDCV 12-01461-PSG(OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that: (1) accepting this Report and Recommendation; (2) granting Defendants Baker and Seyedi's Motion to Dismiss the Complaint, (3) granting Defendant Summerhayes' Motion to Dismiss the Complaint, (4) granting Defendants Baker and Seyedi's Request for Judicial Notice; (5) denying as moot Defendants Baker and Seyedi's Motion to Strike Portions of Plaintiff's Complaint, and (6) directing the Judgment be entered dismissing the Complaint in its entirety without leave to amend and with prejudice.

DATED: June 10, 2013

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge