JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN MAHALEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL BAKER, et al.,<br><br>　　　　　Defendants | Case No. EDCV 12-01461-PSG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: June 10, 2013

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge